Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.,
Ste. 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Life Time, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIMITRI GIANNOULIS, an Individual, <br><br>  Plaintiff, <br><br> vs. <br><br> LIFE TIME FITNESS FOUNDATION, a Nonprofit Corporation; DOES I-X; ROE CORPORAIONS I-X, <br><br>  Defendants. | Case No.:  2:22-cv-00197-APG-NJK <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

Pursuant to LR 6-1 and LR 6-2, Defendant Life Time, Inc. ("Defendant")[1] and Plaintiff Dimitri Giannoulis ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, herby respectfully submit this Stipulation and Order Extending Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This is the Parties' first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Defendant was served with the Summons and Complaint in this matter on February 10, 2022, making their response to the Complaint due on March 31, 2022.  The instant extension is requested as the Parties would like the opportunity to discuss whether Plaintiff's claims should proceed in arbitration, consistent with the arbitration agreement Defendant contends is applicable to his claims.

---

[1] Life Time Fitness Foundation is erroneously named in the caption.  The correct Defendant to this action is Life Time, Inc.

The Parties stipulate and agree to a two-week extension of time, up through and including **April 14, 2022**, for Defendant to respond to Plaintiff's Complaint. By entering into this Stipulation, none of the Parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 17th day of March, 2022.   DATED this 17th day of March, 2022.

HKM EMPLOYMENT ATTORNEYS LLP   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Jenny L. Foley*
Jenny L. Foley
Nevada Bar No. 9017
101 Convention Center Drive
Suite 600
Las Vegas, NV 89109
*Attorney for Plaintiff*

/s/ *Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant*

IT IS SO ORDERED.

**ORDER**

_____
United States Magistrate Judge

March 18, 2022
DATE

2